MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

DANIEL P. TALBERT (SBN OH 0084088)
    Special Assistant United States Attorney
    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7200
    Fax:  (415) 436-7234
    E-Mail:  Daniel.Talbert@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 13-00585 MAG |
|     Plaintiff, | **STIPULATION AND [PROPOSED]** |
| v. | **ORDER TO EXCLUDE TIME BETWEEN SEPTEMBER 18, 2013, AND OCTOBER 15, 2013** |
| EMELITA GANNABAN CHUA, | |
|     Defendant. | |

The defendant, EMELITA GANNABAN CHUA, provisionally represented by EDWARD HU, Assistant Federal Public Defender, and the government, represented by DANIEL P. TALBERT, Special Assistant United States Attorney, stipulate that time should be excluded from September 18, 2013, to October 15, 2013 from the Speedy Trial Clock.

The parties appeared before the Court on September 18, 2013. The parties jointly requested to appear before the Court on October 15, 2013 for a status conference. Based on the parties' request, the matter was continued to October 15, 2013 at 11:00 am before Judge Laporte.

The parties now jointly request that time be excluded from the Speedy Trial Clock from September 18, 2013, to October 15, 2013. The parties request that time be excluded based upon the

STIP. TO EXCLUDE TIME, CR 13-00585 MAG

1

1  need for effective preparation of counsels, pursuant to Title 18 United States Code, Section

2  3161(h)(7)(B)(iv).  The parties are attempting to negotiate a possible resolution of this matter.

3  DATED:          September 18, 2013                    Respectfully submitted,

4                                                        MELINDA HAAG
                                                         United States Attorney
5

6                                                  By   *s/ Daniel P. Talbert*
                                                         DANIEL P. TALBERT
7                                                        Special Assistant U.S. Attorney

8

9  DATED:          September 18, 2013           BY      *s/ Edward Hu*
                                                         EDWARD HU
10                                                       Assistant Federal Public Defender
                                                         (as authorized by email)

11

12

[lines 13–28 blank]

STIP. TO EXCLUDE TIME, CR 13-00585 MAG

2

# [PROPOSED] ORDER

Based upon the representations of counsels and for good cause shown, the Court finds that failing to exclude the time between September 18, 2013, and October 15, 2013 would unreasonably deny counsels the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between September 18, 2013, and October 15, 2013 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between September 18, 2013, and October 15, 2013 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: 10/7/13

HON. ELIZABETH D. LAPORTE
United States Magistrate Judge